UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Pyotr Banin,<br><br>      Plaintiff,<br>v.<br><br>Bureau of Collection Recovery, Inc.,<br><br>      Defendant. | Civil Action No.: 2:09-cv-03271-LDD |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

 Plaintiff, Pyotr Banin, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: September 22, 2009

                  Respectfully submitted,

                  By: /s/ Jody B. Burton
                    Jody B. Burton (Bar No.: 71681)
                    Lemberg & Associates, L.L.C.
                    1100 Summer Street, 3rd Floor
                    Stamford, CT 06905
                    Telephone: (203) 653-2250
                    Facsimile: (877) 795-3666

## CERTIFICATE OF SERVICE

      I hereby certify that today: September 22, 2009, I electronically filed the foregoing with the Clerk of the Eastern District Court of Pennsylvania using the CM/ECF system, which sent notification of such filing to the following:

Michael Brutlag
Brutlag, Hartman & Trucke,PA
3555 Plymouth Blvd.
Suite 117
Minneapolis, MN 55447

                                                    By:  /s/ Jody B. Burton
                                                          Jody B. Burton